FILED:  October 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-2044
(1:20-cv-00945-LKG)

———————————

GLENDORA MANAGO, individually and on behalf of all others similarly
situated; KAREN PETERSON; SHARON DAVIS; LESLIE TURNER; DIANA
COSTA; LASHAUNYA MORRIS; COLLEEN HUNTER; CAMILLA VERNON

  Plaintiffs - Appellants

v.

CANE BAY PARTNERS VI, LLLP; DAVID JOHNSON; KIRK CHEWNING;
RICHARD MAYER; MARK FOX; COREY SPOTTED BEAR; SHERRY
TURNER-LONE FIGHT; MERVIN PACKINEAU; V. JUDY BRUGH; FRED
FOX; MONICA MAYER; KAREN RABBITHEAD; DAVID BLACKSMITH;
WESLEY SCOTT EILSON

  Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cv-00945-LKG |
| Date notice of appeal filed in originating court: | 09/29/2022 |
| Appellant(s) | Glendora Manago |
| Appellate Case Number | 22-2044 |
| Case Manager | Taylor Barton 804-916-2702 |