# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Glendora Manago, *et al.*, | CA No. 22-2044 |
| Plaintiffs-Appellants, | District Case No. 1:20-cv-00945-LKG |
| v. | |
| Cane Bay Partners VI, LLLP, *et al.*, | |
| Defendants-Appellees. | |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Appellate Procedure 42(b)(1) and Local Rule 42, Plaintiffs-Appellants Glendora Manago, Karen Peterson, Diana Costa, Colleen Hunter, Sharon Davis, Leslie Turner, Camilla Vernon, and Lashaunya Morris ("Plaintiffs") and Defendants-Appellees Kirk Chewning, David Johnson, Cane Bay Partners VI, LLLP Richard Mayer, Karen Rabbithead, David Blacksmith, Wesley Scott Wilson, Mark Fox, Cory Spotted Bear, Sherry Turner-Lone Fight, Mervin Packineau, V. Judy Grugh, Fred Fox, and Monica Mayer, by and through their counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs, including any court fees that are due.

Date:  November 6, 2023

/s/John G. Albanese
E. Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Sophia Rios

BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (858) 252-6649
Facsimile: (215) 875-4604
srios@bm.net

*Attorneys for Plaintiffs-Appellants*

Date: November 6, 2023

/s/ Ashley Vinson Crawford
Ashley Vinson Crawford, Esq.
Danielle C. Ginty, Esq.
AKIN GUMP STRAUSS HAUER &FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
dginty@akingump.com

S. Mohsin Reza (D. Md. Bar No. 19015)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (703) 448-6510
Email: mohsin.reza@troutman.com

*Counsel for Cane Bay Partners VI, LLLP, David Johnson, and Kirk Chewning*

/s/ Leonika R. Charging-Davison
Leonika R. Charging-Davison
BIG FIRE LAW &POLICY GROUP, LLP
1905 Harney Street, Suite 300
Omaha, NE 68102
Tel: (531) 466-8725
Fax: (531-466-8792
Email: lcharging@bigfirelaw.com

Tony S. Lee (Bar No. 28121)
FLETCHER, HEALD AND HILDRETH
1300 17th Street, North, 11th Floor
Arlington, VA 22209

Tel: (703) 812-0442
Fax: (703) 812-0486
Email: lee@fhhlaw.com

*Counsel for Richard Mayer, Karen
Rabbithead, David Blacksmith, and
Wesley Scott Wilson*

/s/ Douglas Friend Gansler
Douglas Friend Gansler (#21010)
CADWALADER, WICKERSHAM, & TAFT
700 Sixth Street NW
Washington, DC 20001
Email: Douglas.gansler@cwt.com

Peter J. Breuer
FREDERICKS LAW FIRM
10541 Racine St.
Commerce City, CO 80022
Email: pbreuer@jf3law.com

*Counsel for Mark Fox, Cory Spotted Bear, Sherry
Turner-Lone Fight, Mervin Packineau, V. Judy
Brugh, Fred Fox, and Monica Mayer*