FILED: November 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2044
(1:20-cv-00945-LKG)

_____

GLENDORA MANAGO, individually and on behalf of all others similarly situated; KAREN PETERSON; SHARON DAVIS; LESLIE TURNER; DIANA COSTA; LASHAUNYA MORRIS; COLLEEN HUNTER; CAMILLA VERNON

      Plaintiffs - Appellants

v.

CANE BAY PARTNERS VI, LLLP; DAVID JOHNSON; KIRK CHEWNING; RICHARD MAYER; MARK FOX; COREY SPOTTED BEAR; SHERRY TURNER-LONE FIGHT; MERVIN PACKINEAU; V. JUDY BRUGH; FRED FOX; MONICA MAYER; KAREN RABBITHEAD; DAVID BLACKSMITH; WESLEY SCOTT EILSON

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk